IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WILLIAM PARKER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GEORGIA-PACIFIC, LLC,**<br><br>**Defendant.** | Civil Action No. 1:18-cv-02873-CAP |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William Parker and Defendant Georgia-Pacific, LLC, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice. Further, each party will bear its own costs, expenses and attorneys' fees.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to LR 7.1D, NDGa., Defendant certifies that this stipulation has been prepared in Times New Roman 14 point, one of the fonts approved in LR 5.1C, NDGa.

Respectfully submitted this 9th day of May, 2019.

| **Gibson and Associates P.C.** | **Seyfarth Shaw, LLP** |
|---|---|
| /s/ *Adrienne Gibson (with consent)* | */s/ Julie M. Kamps* |
| Douglas L. Gibson | Ian H. Morrison (admitted *pro hac vice*) |
| Kenneth Taft | imorrison@seyfarth.com |
| Adrienne Gibson | Julie M. Kamps (admitted *pro hac vice*) |
| Gibson and Associates P.C. | jkamps@seyfarth.com |
| 117 Albany Avenue | Seyfarth Shaw LLP |
| Waycross, Georgia 31502-1589 | 233 S. Wacker Drive |
| | Suite 8000 |
| */s/ C. David Joyner* | Chicago, IL 60606-6448 |
| C. David Joyner | (312) 460-5000 (telephone) |
| Georgia Bar No. | |
| 1305 Mall of Georgia Blvd. | Daniel P. Hart |
| Suite 130 | Georgia Bar No. 141679 |
| Buford, GA 30519 | 1075 Peachtree Street, N.E. |
| 770.614.6415 | Suite 2500 |
| 770.614.7678 (facsimile) | Atlanta, Georgia 30309-3962 |
| djoyner@cdavidjoynerpc.com | (404) 885-1500 |
| | (404) 892-7056 (facsimile) |
| Counsel for Plaintiff | Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **WILLIAM PARKER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **GEORGIA-PACIFIC, LLC,** ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-02873-CAP <br><br> Removed from the Superior Court of DeKalb County, State of Georgia <br> Case No. 18 cv 4937 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

>Douglas L. Gibson
>Kenneth Taft
>Adrienne Gibson
>Gibson and Associates P.C.
>117 Albany Avenue
>Waycross, Georgia  31502-1589

>C. David Joyner
>1305 Mall of Georgia Blvd.
>Suite 130
>Buford, GA 30519

>>*/s/ Julie M. Kamps*
>>Attorney for Defendant

3